**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | **8:07CR411** |
| vs. ) | |
| ) | **ORDER** |
| **JESSICA DREIFURST,** ) | |
| Defendant. ) | |

Defendant Jessica Dreifurst appeared before the court on February 29, 2012 on a Petition for Offender Under Supervision [39]. The defendant was represented by CJA Panel Attorney Adam J. Sipple, and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. Through her counsel, the defendant waived her right to a probable cause hearing on the Petition for Offender Under Supervision [39] pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. A detention hearing was held on March 21, 2012. The defendant will be released to Seekers of Serenity for participation in an intensive in-patient treatment program.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **April 13, 2012 at 11:30 a.m.** Defendant must be present in person.

2. The defendant is to be released on conditions of supervision.

DATED this 21st day of March, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge